✓ FILED ____ LODGED
____ RECEIVED ____ COPY

SEP 3 0 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Klz  Z  DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GENEVIEVE A. OZARK
Assistant U.S. Attorney
Mississippi State Bar No. 105598
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Genevieve.Ozark@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-08185-PCT-DJH (JZB) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | | VIO: 18 U.S.C. §§ 1153 and 1112 (CIR – Involuntary Manslaughter) Count 1 |
| Aaron Jay Barlow, | | |
| Defendant. | | 18 U.S.C. §§ 1153 and 113(a)(6) (CIR – Assault Resulting in Serious Bodily Injury) Count 2 |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about April 12, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, AARON JAY BARLOW, an Indian, acting with gross negligence, did unlawfully kill R.B., in the commission of an unlawful act not amounting to a felony, that is, driving and being in actual physical control of a vehicle while under the influence of intoxicating liquor. Such act was committed without due caution and circumspection and with a wanton and reckless disregard for human life. The defendant had actual knowledge that his conduct was a threat to the lives of others and actual knowledge of circumstances that would reasonably cause him to foresee that his conduct was a threat to the lives of others. The defendant's act was

the proximate cause of R.B.'s death.

In violation of Title 18, United States Code, Sections 1153 and 1112.

## COUNT 2

On or about April 12, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, AARON JAY BARLOW, an Indian, did recklessly assault the victim, R.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

_____/s/_____
FOREPERSON OF THE GRAND JURY
Date: September 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_____/s/_____
GENEVIEVE A. OZARK
Assistant U.S. Attorney

- 2 -